COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-235-CV

FARUKH ASLAM
 
APPELLANT

V.

TOUCHSTONE COMMUNICATIONS-II, LLC
 APPELLEE

 
 

----------

FROM THE 96TH DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “Unopposed Motion To Dismiss Interlocutory Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL:  CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

DELIVERED:  November 20, 2008

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.